# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **GARY LYNN HINSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **NO. 1:17-cv-00012** |
| **v.** | ) | |
| | ) | **JUDGE CAMPBELL** |
| **NANCY A BERRYHILL, ACTING** | ) | **MAGISTRATE JUDGE BROWN** |
| **COMMISSIONER OF SOCIAL** | ) | |
| **SECURITY,** | ) | |
| | | |
| **Defendant.** | | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 30) on Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 28). In the Report and Recommendation, the Magistrate Judge finds the Administrative Law Judge's ("ALJ") conclusion that Plaintiff is not disabled is supported by substantial evidence. Addressing Plaintiff's claims of error, the Magistrate Judge finds the ALJ considered evidence of Plaintiff's alleged "worsening condition" and adequately explained the weight given to the opinions of the state psychological consultant and the treating physician. The Magistrate Judge also finds the ALJ addressed Plaintiff's "postural limitations" when determining that Plaintiff could perform past relevant work given his current residual functional capacity. The Magistrate Judge recommends Plaintiff's Motion for Judgement on the Administrative Record be denied, and the decision of the Commissioner affirmed.

The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service. (Doc. No. 30 at 22.) No objections were filed.

The Court has reviewed the Report and Recommendation and concludes that it should be adopted and approved. Accordingly, Plaintiff's Motion for Judgment on the Administrative Record is DENIED and the Commissioner's decision is AFFIRMED. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE